

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00321-CV

| | | |
|---|---|---|
| JERRY DURANT, INDIVIDUALLY AND AS CO-TRUSTEE OF THE DURANT MANAGEMENT TRUST, AND VICKIE D. DURANT, AS CO-TRUSTEE OF THE DURANT MANAGEMENT TRUST, Appellants | § § | On Appeal from the 415th District Court of Parker County (CV22-0414) |
| v. | § | July 24, 2025 |
| TAYLOR SHERIDAN AND BOSQUE RANCH HEADQUARTERS, LLC, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the trial court's judgment is affirmed in part and reversed in part. We reverse that portion of the trial court's judgment and remand for a new trial on the liability and damages recoverable for the alleged breach of contract by Jerry Durant, as co-trustee of the Durant Management Trust. We also reverse the trial court's award of attorney's fees and

remand the determination of such fees to the trial court.  We affirm the remaining portions of the trial court's judgment.

It is further ordered that the parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
  Justice Dana Womack
